# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JUL 23 2008

BEFORE: **SIFTON, J.**          DATE: _____          TIME:  __4:30 P.M.__

DOCKET #: <u>CR-08- 00639</u>                    TITLE: *U.S.A. v.* _____

CR/ESR: ___*Ron Jolkin*___                    DEPUTY CLERK: **Stanley Kessler**

PROBATION OFFICER:  __**KELLY O'KEEFE**__          AUSA: _____

DEF'T #1 NAME: **Frank Schiavone**          ATT'Y: _____, **Esq.**
✓ Present  _ Not Present  ✓ On Bail          ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR STATUS CONFERENCE

**✓** Case called.

___ Defendant _____ present with counsel.

**X** Defendant _____ present without counsel.

___ Counsel present without defendant _____ .

___ _____ interpreter _____ present.

**X** Intensive Supervision Program status conference held.

**✓** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

___ Next status conference set for _____ at 4:30 p.m.

**TIME:   10 minutes**